# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LLOYD PHILLIPS,<br><br>　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA DEPARTMENT OF TRAINING AND REHABILITATION, et al.,<br><br>　　Defendants. | Case No.: 2:20-cv-01895-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

On October 15, 2020, the Court issued an order instructing Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis* no later than November 15, 2020. Docket No. 6.  The Court cautioned Plaintiff that failure to comply with the Court's order may result in a recommendation to the District Judge that this matter be closed.  *Id.* at 2.  To date, Plaintiff has not paid the filing fee or a complete application to proceed *in forma pauperis*, and no extension has been requested.

Accordingly, **IT IS RECOMMENDED** that this matter be closed.

Dated: January 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1