# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES LLOYD PHILLIPS,

    Plaintiff

v.

STATE OF NEVADA DEPARTMENT OF
TRAINING AND REHABILITATION, et
al.,

    Defendants

Case No.: 2:20-cv-01895-APG-NJK

**Order Setting Deadline to Object to Report
and Recommendation**

    I ORDER that plaintiff James Phillips has until November 10, 2021 to file an objection to Magistrate Judge Koppe's report and recommendation (ECF No. 12).

    DATED this 25th day of October, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE